UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR
181 JOLIET ST SW # 202
WASHINGTON DC 20032
       PLAINTIFF

CIVIL ACTION NO -08-0218-(RCL)

COMMISSIONER INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224
       DEFENDANT

AFFIDAVIT OF SERVICE

I, GERALD IVERSON, JR, HEREBY DECLARE THAT ON THE __16__ DAY OF __Feb__ 2008

I MAILED A COPY OF SUMMONS AND COMPLAINT, CERTIFIED MAIL RECEIPT TO

IRS COMMISSIONER 1111 CONSTITUTION AVE NW WASHINGTON DC 20224

ATTACHED HERETO IS CERTIFIED GREEN CARD ACKNOWLEDGEMENT SERVICE.

_/s/ Gerald Iverson Jr_

GERALD IVERSON, JR PRO SE
181 JOLIET ST SW # 202
WASHINGTON DC 20032
703-324-7858 WK

---

RECEIVED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2/25/2008

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
IRS Commissioner
1111 Constitution Ave
NW
Wash. DC 20224

2. Article Number
(Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 1 0 2008

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540