UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR
181 JOLIET ST SW # 202
WASHINGTON DC 20032
    PLAINTIFF

CIVIL ACTION NO  -08-0218-(RCL)

COMMISSIONER INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224
    DEFENDANT

AFFIDAVIT OF SERVICE

I. GERALD IVERSON, JR HEREBY DECLARE THAT ON THE ____16____ DAY OF

____Feb.____ 2008

I MAILED A COPY OF THE SUMMONS AND COMPLAINT, CERTIFIED MAIL RECEIPT TO

US ATTORNEY FOR THE DISTRICT OF COLUMBIA 501 3RD ST NW WASH DC 2001

ATTACHED HERETO IS CERTIFIED GREEN CARD ACKNOWLEDGEMENT SERVICE.

*(signature)*

GERALD IVERSON, JR PRO SE
181 JOLIET ST SW # 202
WASHINGTON DC 20032
703-324-7858 WK

RECEIVED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
2/25/2008

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney for DC
501 3rd St NW
Wash. DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _(signed)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
FEB 20                          2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from ...)    7004 2510 0001 3938 7646

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR
181 JOLIET ST SW # 202
WASHINGTON DC 20032
    PLAINTIFF

CIVIL ACTION NO _08-0218 (RCL)

COMMISSIONER INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224
    DEFENDANT

AFFIDAVIT OF SERVICE

I, GERALD IVERSON, JR HEREBY DECLARE THAT ON THE __16__ DAY OF __Feb.__ 2008

I MAILED A COPY OF THE SUMMONS AND COMPLAINT, CERTIFIED MAIL RECEIPT TO

US ATTORNEY GENERAL 950 PENN AVE NW WASHINGTON DC 20530

ATTACHED HERETO IS CERTIFIED GREEN CARD ACKNOWLEDGEMENT SERVICE.

*[signature: Gerald Iverson Jr.]*

GERALD IVERSON, JR PRO SE
181 JOLIET ST SW # 202
WASHINGTON DC 20032
703-324-7858

RECEIVED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2/25/2008

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General
950 Penn Ave NW
Wash DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name):    C. Date of Delivery: FEB 20 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 3938 7639

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540