UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR

    PLAINTIFF

V                                NO: 1:08-cv-00218 ( RCL )

COMMISSIONER IRS

    DEFENDANTS

PRO SE PLAINTIFF'S MOTION NOT TO DISMISS

Pro Se Plaintiff received INFORMATION PACKAGE fro Clerk of this Honorable Court

which gave the Plaintiff the right to serve Summons by certified mail to Defendants.

Please see US District Court Sample Form Exhibit # 1 Affidavit Sample Form and

US District Court Exhibit # 2 Information for parties who wish to file Civil Complaint which gave

the address for the US Attorney General and the US Attorney for the District of Columbia address .

For these reasons I do not see how this Honorable Court can grant the Defendants Motion to Dismiss

because of not properly served.  Enclosed is Exhibits # 1,2,3,4,5,6,7,8,9,10 for confirmation of Plaintiff's

properly process service to Defendants.  Due process of Pro Se Plaintiff's Complaint is ready for

schedule before this Honorable Court and Judge.

Respectfully Submitted,

*[signature]*

Gerald Iverson, Jr
703-324-7858

5/5/2008

**RECEIVED**
MAY - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IT IS CERTIFIED that the foregoing Pro Se Plaintiff's Motion Not to Dismiss with supporting documents, and propose ORDER were caused to be served upon Defendants on this May 7, 2008 by depositing a copy in the United States mail postage prepaid address as Follows :

        PAT GENIS ESQ
        Trail Attorney Tax Division
        US Department of Justice
        Post Office Box 227
        Washington DC 20044

*[signature]*
5-6-08

5/5/2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## DO NOT WRITE ON SAMPLE FORM

PLAINTIFF(S) NAME(S)

vs.                                                                 CIVIL ACTION NO. (JUDGE'S INITIALS)

DEFENDANT(S) NAME(S)
(et al. can be used on this form)

### AFFIDAVIT OF SERVICE

### DO NOT WRITE ON SAMPLE FORM

I, (name the person who actually mailed the summons/complaint), hereby declare that on the _____ day of _____, 20_____, I mailed a copy of the summons and complaint, certified mail return receipt requested, to (name of defendant). Attached hereto is the certified green card acknowledging service.

---

### STAPLE GREEN CARD HERE
Make sure it bears the original signature of the person
who signed for the summons and complaint.

ORIGINAL SIGNATURE
Typed or Written Name
Street Address
City, State & Zip Code
Telephone Number

Exhibit #1

*Maurice*  *CLERK OFFICE*

Rev. 4/06
Pro Se Pd./
Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## INFORMATION FOR PARTIES WHO WISH TO FILE A CIVIL COMPLAINT

The following instructions have been compiled to assist a party wishing to file a complaint in this Court. Although we have attempted to simplify procedures, we cannot provide legal advice, pursuant to our Local Rules. It is not anticipated that these instructions will satisfy all of your needs. The Local Rules are available in the Clerk's Office at no charge, and the Federal Rules of Civil Procedure are available at any public library. Both sets of rules are also available on our website at: www.dcd.uscourts.gov/rules-forms.html.

**FILING FEE:** The required filing fee for a new case is $350.00. Your check or money order should be made payable to "Clerk, U.S. District Court."

**CIVIL COVER SHEET:** Our Civil Cover Sheet, Form JS-44, **must** be completed and submitted with your complaint.

**COMPLAINT:** The name of this Court must be written at the top of the first page. The complete name and address for each plaintiff must be included in the caption of the complaint. A Post Office Box is insufficient as an address, unless you file a separate motion asking the Court to permit such an address. All defendants **must** be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant. The word **COMPLAINT** must appear under the caption. Clearly set out your grievance in the body of the complaint, name those against whom you have a grievance, and what you would like the Court to do to correct the situation. If you are requesting a jury trial, the jury demand must be stated in your complaint. The complaint **must** be double-spaced, on white, letter size (8 1/2 x 11 inch) paper, and two-hole punched at the top. Write only on the front of each page. You **must** originally sign your complaint in ink. The complaint must be filed in duplicate. (Sample format attached).

**SUMMONS:** Your summons must comply with Federal Rule 4(a) and 4(b) before it will be signed by a Deputy Clerk. A summons must be prepared for each defendant listed in your complaint prior to filing. You are responsible for service of the summons and complaint. If a U.S. Government agent or agency is a named defendant, your must prepare two additional summons; one for the U.S. Attorney General, and one for the U.S. Attorney for the District of Columbia. The U.S. Attorney General is located at: 950 Pennsylvania Avenue, NW, Washington, DC 20530. The U.S. Attorney for the District of Columbia is located at: 501 Third Street, NW, Washington, DC 20001. You must serve the originally signed and sealed summons, a copy of the complaint, and any other motion(s) and/or 7.1 Corporate Disclosure Statements presented at the time of filing on each named defendant in your complaint.

**EXECUTED RETURN OF SERVICE:** Litigants must file an executed return of service with the Court for each summons issued. (Sample format attached).

**EEOC COMPLAINT:** If you have been issued a Right to Sue Letter, you should attach it to each complaint.

**CLERK'S OFFICE MAILING ADDRESS:** U.S. District Court Clerk's Office, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

NANCY MAYER-WHITTINGTON, CLERK

*Exhibit #2*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR
181 JOLIET ST SW # 202
WASHINGTON DC 20032
    PLAINTIFF

COMMISSIONER INTERNAL REVENUE SERVICE    CIVIL ACTION NO -08-0216-(RCL)
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224
    DEFENDANT

## AFFIDAVIT OF SERVICE

I, GERALD IVERSON, JR HEREBY DECLARE THAT ON THE ___16___ DAY OF

___Feb.___ 2008

I MAILED A COPY OF THE SUMMONS AND COMPLAINT, CERTIFIED MAIL RECEIPT TO

US ATTORNEY FOR THE DISTRICT OF COLUMBIA 501 3RD ST NW WASH DC 2001

ATTACHED HERETO IS CERTIFIED GREEN CARD ACKNOWLEDGEMENT SERVICE.

*[signature]*

GERALD IVERSON, JR PRO SE
181 JOLIET ST SW # 202
WASHINGTON DC 20032
703-324-7858 WK

2/25/2008

Return to
Clerks office
2-29-08

Exhibit # 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR
181 JOLIET ST SW # 202
WASHINGTON DC 20032
      PLAINTIFF

CIVIL ACTION NO -08-0218 (RCL)

COMMISSIONER INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224
      DEFENDANT

AFFIDAVIT OF SERVICE

I, GERALD IVERSON, JR HEREBY DECLARE THAT ON THE __16__ DAY OF __Feb.__ 2008

I MAILED A COPY OF THE SUMMONS AND COMPLAINT, CERTIFIED MAIL RECEIPT TO

US ATTORNEY GENERAL 950 PENN AVE NW WASHINGTON DC 20530

ATTACHED HERETO IS CERTIFIED GREEN CARD ACKNOWLEDGEMENT SERVICE.

*(signature)*

GERALD IVERSON, JR PRO SE
181 JOLIET ST SW # 202
WASHINGTON DC 20032
703-324-7858

2/25/2008

Return to
Clerks Office
2-29-08

Exhibit # 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR
181 JOLIET ST SW # 202
WASHINGTON DC 20032
     PLAINTIFF

COMMISSIONER INTERNAL REVENUE SERVICE    CIVIL ACTION NO -08-0218-(RCL)
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224
     DEFENDANT

AFFIDAVIT OF SERVICE

I, GERALD IVERSON, JR, HEREBY DECLARE THAT ON THE __16__ DAY OF __Feb__ 2008

I MAILED A COPY OF SUMMONS AND COMPLAINT, CERTIFIED MAIL RECEIPT TO

IRS COMMISSIONER 1111 CONSTITUTION AVE NW WASHINGTON DC 20224

ATTACHED HERETO IS CERTIFIED GREEN CARD ACKNOWLEDGEMENT SERVICE.

_/s/ Gerald Iverson_

GERALD IVERSON, JR PRO SE
181 JOLIET ST SW # 202
WASHINGTON DC 20032
703-324-7858 WK

2/25/2008

Return to
Clerks office
2-29-08

Exhibit # 5

2-29-08
Return to
Clerks Office

Sender: Please print your name, address, and ZIP+4 in this box

GERALD IVERSON JR.
181 Joliet St SW #202
Wash. DC. 20032

Sender: Please print your name, address, and ZIP+4 in this box

GERALD IVERSON JR.
181 Joliet St SW #202
Wash. DC. 20032

Sender: Please print your name, address, and ZIP+4 in this box

GERALD IVERSON JR.
181 Joliet St SW #202
Wash. DC. 20032

Exhibit #6

2-29-08
Return
to Clerks
office

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IRS Commissioner
1111 Constitution Ave
NW
Wash. DC 20224

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
FEB 19 2008
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
General
950 Penn Ave NW
Wash DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
FEB 20 2008
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7004 2510 0001 3938 7639

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney for DC
501 3rd St NW
Wash. DC 20001

Exhibit # 7

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
FEB 20    2008
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from s...)    7004 2510 0001 3938 7646

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

2-29-08

Return to
Clerks office





Exhibit # 8

## Iverson, Gerald

**From:** Iverson, Gerald
**Sent:** Thursday, April 24, 2008 7:56 AM
**To:** 'Pat.Genis@usdoj.gov'
**Subject:** meeting 2

Pat Genis Esq

GNIJ TAX REVENUE FORMULA --- US Copyright # TX -920-432 ..for example can touch any Fund in the USA for example President Bush proposal for taxpayers to take Social Security amounts out and put into other investments to get a better return,,,,,,,, But GNIJ TAX REVENUE FORMULA gives taxpayers Social Security taxes as a deduction on 1040 Form without no risk to the Social Security Program currently in place for them Taxpayers use Social Security Personal Benefit Statement which shows contribution grow every year on taxes being paid by payroll deduction by employer....and employee....

202-307-6390

Exhibit # 9

4/24/2008

## Iverson, Gerald

**From:** Iverson, Gerald
**Sent:** Thursday, April 24, 2008 6:56 AM
**To:** 'Pat.Genis@usdoj.gov'
**Subject:** meeting

Dear Pat Genis Esq

Case US District Court # 1:08-cv-00218 ( RCL )

Since you are the officail representative of the USA Goverment of WE THE PEOPLE and you know I Gerald Iverson,Jr has and offically US Copyright # TX -920-432 GNIJ TAX REVENUE FORMULA ---which is tax friendly base on US Tax Code I will quit the relief sought in US District Court in DC and let us get to together to discuss officially putting my US Copyright in operation within the IRS and the Dept of Treasury....PS the Motion to Dismiss the US District Court gave me official method of operation that I can serve summons by certified mail but no need to seek relief I know you are the official representative of the government everything is in place to discuss Franchises etc and the US Government will get the share aswell...

Respectfully Submitted

Gerald Iverson,Jr  703-324-7858

I am represented by Legal Counsel but I choosed to go Pro Se to find you in my Government can discuss the terms and conditions,,,,

Exhibit # 10

4/30/2008