IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD IVERSON, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No: 1:08-cv-00218 (RCL) |
| | ) |
| COMMISSIONER, IRS | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S REPLY

Plaintiff's opposition to defendant's motion to dismiss provides additional proof that plaintiff, himself, attempted to effect service on the United States, and thus failed to properly serve the United States.

The Court should, therefore, grant defendant's motion to dismiss plaintiff's complaint.

DATE: May 14, 2008.            Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax: (202) 307-6930/514-6866
Email: Pat.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

1647364.1

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that DEFENDANT'S REPLY was served upon plaintiff *pro se* on May 14, 2008, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>GERALD IVERSON, JR.
>*Plaintiff pro se*
>181 Joliet Street, SW, #202
>Washington, DC 20032

>/s/ Pat S. Genis
>PAT S. GENIS