UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GERALD IVERSON, JR.** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-0218 (RCL) |
| **COMMISSIONER, IRS** | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of defendant's Motion [4] to Dismiss Complaint, the opposition and reply thereto, and the entire record in this case,

IT IS ORDERED that the motion to dismiss is GRANTED. Plaintiff cannot personally effect service of process.

IT IS ORDERED that the complaint is hereby DISMISSED without prejudice for failure to properly effect service

Signed by Chief Judge Lamberth, on June 2, 2008.