UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD IVERSON, JR

    PLAINTIFF

NO : 1 : 08 cv-00218 ( RCL )

V

COMMISSIONER IRS

    DEFENDANTS

MOTION TO PROCESS SERVE
BY US MARSHALL SERVICE

*Let this be filed.*
*Motion DENIED.*
*Case was dismissed*
*by Order of 6/2/08.*
*Royce C. Lamberth*
*U.S.D.J. 6/20/08*

Pro- Se Plaintiff is totally disgusted in the inconvience to this Honorable Court about process service to Defendants but from the Information Package which gave Plaintiff the right to process serve by certified mail to Defendants, Plaintiff from research gave the Headquarters address instead of the satellite address. Therefore for this reason Pro -Se Plaintiff request Order to pay US Marshall's fee to officially serve Defendants so that this Court can address US Copyright issues with this Public Agency. Instead of paying new file fee and US Marshall fee for new Petition before this Honorable Court.

Respectfully Submitted,

Gerald Iverson, JR Pro-Se
703-324-7858

6/13/2008

RECEIVED
JUN 1 6 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

IT IS CERTIFIED that the forgoing MOTION TO PROCESS SERVE

BY US MARSHALL SERVICE with supporting documents and propose ORDER were caused to be served upon

Defendants on this June 16,2008 by depositing a copy in the United States mail postage prepaid address as follows :

PAT GENIS ESQ
Trail Attorney Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044


Donald L Korb Esq
Chief Counsel
Internal Revenue Service
500 North Capital St 6th Flr
PO BOX 77085
Washington DC 20001

6/13/2008